Memorandum Opinion issued January 16, 2003










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00470-CV

____________


PERSHA BATY INSURANCE AGENCY, INC., Appellant


V.


A.V.A. SERVICES, INC., Appellee


* * * * * *


A.V.A. SERVICES, INC., Appellant


V.


PERSHA BATY INSURANCE AGENCY, INC., Appellee







On Appeal from the 149th District Court

Brazoria County, Texas

Trial Court Cause No. 94M2978






MEMORANDUM OPINION

 Appellant/appelllee, Persha Baty Insurance Agency, Inc. and
appellee/appellant, A.V.A. Services, Inc. have filed a joint motion to vacate the trial
court's judgment and dismiss the case with prejudice. See Tex. R. App. P. 42.1(a)(2). 

 Accordingly, the motion is granted, the trial court's judgment is vacated, and
the case is dismissed with prejudice. Tex. R. App. P. 43.2(e).

 The parties will each bear their own costs.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.